

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| LINDA GUILLERMINA PEDROZA, | § | No. 08-16-00221-CV |
| | | Appeal from the |
| Appellant, | § | |
| | | County Court at Law No. 5 |
| v. | § | |
| | | of El Paso County, Texas |
| TENET HEALTHCARE CORP., | § | |
| | | (TC# 2015CCV01210) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is the Third Joint Motion to Continue Abatement. The motion is GRANTED. We therefore extend the abatement until April 18, 2017. The parties shall file their motion to dismiss the appeal or their motion for continuation of abatement on or before April 18, 2017.

IT IS SO ORDERED this 2nd day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.